UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROBERT BRIDE,**

      **Plaintiff,**

v.     Case No:   5:14-cv-270-Oc-22PRL

**MASON DIXON CONTRACTING, INC.
and ANDREW M. DIXON,**

      **Defendants.**

---

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 27) filed on April 10, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Do. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed June 4, 2015 (Doc. No. 30), is ADOPTED and CONFIRMED and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement is hereby GRANTED. The Court finds the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

    3.    This case is DISMISSED WITH PREJUDICE.

    4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on June 5, 2015.

                                                                                    ANNE C. CONWAY
                                                                                    United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties